Núm. 8491.—Cruz, apldo. *v.* Carrasquillo, aplte.—C. D. Humacao. ▇▇▇▇ Abril 8, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, el demandante apelado radicó una moción solicitando la desestimación de este recurso alegando que el mismo es frívolo;

Por cuanto, oídas las partes en audiencia celebrada el día 6 del corriente mes, el demandado apelante se opuso a dicha moción y llamó la atención del Tribunal hacia los errores de derecho que señala en su alegato como cometidos por la corte inferior;

Por cuanto, examinados los autos del caso y tomando en consideración la naturaleza de la acción ejercitada, no aparece que el recurso sea claramente frívolo,

Por tanto, no ha lugar a la desestimación solicitada.

El Juez Asociado Sr. Travieso no intervino.